IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHROMADEX, INC., and<br>TRUSTEES OF DARTMOUTH COLLEGE<br><br>*Plaintiffs*,<br><br>v.<br><br>ELYSIUM HEALTH, INC.,<br><br>*Defendant*. | C.A. No. _____<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff ChromaDex, Inc, discloses that it is a wholly-owned subsidiary of ChromaDex Corporation.

Dated: September 17, 2018

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Adam W. Poff*
_____
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs ChromaDex, Inc.*
*and Trustees of Dartmouth College*

*Of Counsel*:
Christopher N. Sipes
R. Jason Fowler
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202)-662-6000

James F. Haley. Jr.
HALEY GUILIANO LLP
75 Broad Street
Suite 1000
New York, New York, 10004
(646)-973-2500